### PENNELL ag<sup>t</sup> PENDELL

William Pennell command<sup>r</sup> of the Ship Freinds Increase of Falmouth in England plaint. ag<sup>t</sup> William Pendell Defend<sup>t</sup> in an action of the case for absenting himselfe from the Service of the s<sup>d</sup> Pennell to whome hee is engaged to officiate the place of a Carpenter whereby the plaintife & his Owners are much damnified & other due damages according to attachm<sup>t</sup> dat. May: 20th 1675. . . . The Jury . . . founde for the plaint. the forfiture of the Defendants wages according to Law & costs of Court.   [ **335** ]

### KEMBLE ag<sup>t</sup> HALL &c.

Henry Kemble plaint. ag<sup>t</sup> Ralph Hall Senio<sup>r</sup> & John Young both of Exeter Defend<sup>ts</sup> according to attachm<sup>t</sup> Dat. July: 13° 1675.

The plaint. was NonSuited upon non appearance

### BARNES ag<sup>t</sup> BATT

James Barnes plaint. ag<sup>t</sup> Paul Batt Defend<sup>t</sup> in an action of the case for breach of a Covenant made between the s<sup>d</sup> Barnes & the s<sup>d</sup> Batt bearing date the Seventh day of May One thousand Six hundred Seventy & four by the s<sup>d</sup> Batts non paiment of severall Summes of mony & goods at monys price & four thousand foote of Merchantable pine boards unto the s<sup>d</sup> Barnes or his assignes according to the s<sup>d</sup> Covenant whereby the Summe of two hundred pounds in mony is forfited unto the s<sup>d</sup> Barnes as will appeare by the s<sup>d</sup> Covenant under the hand & Seale of the s<sup>d</sup> Paul Batt, through whose defect of payment in specie & time therein mentioned, the s<sup>d</sup> Barnes was hindred in finishing the s<sup>d</sup> buildings expressed in the s<sup>d</sup> Covenant unto his great damage with due interest & all other due damages according to Attachm<sup>t</sup> Dat. July: 22<sup>ond</sup> 1675. . . . The Jury . . . founde for the plaint. the forfiture of the bond two hundred pounds in mony & costs of Court being two pound eight Shillings & ten pence.

Execucion issued Aug° 9° 1675.

### RUGGLES ag<sup>t</sup> RIGBEY

John Ruggles of Boston Butcher plaint. ag<sup>t</sup> Samuel Rigbes or Rigbey of Dorchester Shoemaker Defend<sup>t</sup> according to attachm<sup>t</sup>

dat. July: 12° 1675. The plaint. withdrew his accion upon the Defend$^t$ his confessing a judgement.

### HOLLOWAY ag$^t$ SMITH

Elisha Holloway plaint. on appeale from the Judgement of Edw: Tyng Esq$^r$ in May Last past ag$^t$ Jsrael Smith Defend$^t$. . . . The Jury . . . founde for the Defend$^t$ confirmation of the former Judgement & costs of Courts.

### SMITH ag$^t$ RAND &c.

John Smith Merchant plaint. ag$^t$ Jsaac Rand late Mate & since Master of the Ship John & Mary, Robert Kemp Carpenter, Henry Butterfeild Gunner, John Smart, Robert Davis, Moses Patrick & James King the company late belonging to the s$^d$ Ship them or either of them Defend$^{ts}$ in an action of the case for not delivering unto m$^r$ George Smith at the Jsland of Thenerife a bayle of Dowlas containing five peices & Sixty five pound of bees wax [336] made up in the s$^d$ bayle shipped by the s$^d$ John Smith upon the s$^d$ Ship for his own proper accompt & consigned to the s$^d$ m$^r$ George Smiths which dowlas & wax amounted to the Summe of Fourty two pounds seven Shillings & Six pence in mony at first cost besides charges which is to the plaintifs damage to value of about Eighty pounds with other due damages according to attachm$^t$ Dat. pr° July: 1675. The accion being called some of the Defend$^{ts}$ appeared & L$^t$ Ri: Way & Tho: More as Attournies for the whole & engaged in Court to respond what should bee recovered by the plaintife. . . . The Jury . . . founde for the Defend$^{ts}$ costs of Court. The plaint. appealed from this judgement unto the next Court of Assistants & himselfe principall in ten pounds & Elisha Cooke & FreeGrace Bendall as Sureties in £:5. apeice acknowledged themselues respectiuely bound to . . . prosecute his appeale . . .

[The Court of Assistants (Records, i. 40–41) sitting as a Court of Admiralty on 17 June, 1675, had ordered John Smith to satisfy the present defendants to the sum of 61$l$ 6$s$ 6$d$ wages and 18$l$ salvage. This case apparently was the owner's manner of getting even with his ship's company. The six seamen, for want of security against absconding, had to remain in jail during the action (S. F. 1409.1).